In the Matter of the Accounting of AGNES W. TYMANN, as Administratrix of the Estate of AMELIA A. POLIZZO, Also Known as MINNIE POLIZZO, Deceased. WILLIAM B. HOFFMAN, Appellant; HARRISON B. WRIGHT, Individually and as Executor of Joseph Polizzo, Deceased, et al., Respondents.— No opinion." Motion for leave to appeal to Court of Appeals, denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of HARRY J. ROSA, Appellant, v. THOMAS J. MCHUGH, as Commissioner of Correction of the State of New York, et al., Respondents.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN CONOVER, Appellant.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN GRAVES, Appellant.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK JAMES, Appellant.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.